Mellott, Appellant, *v.* Tuckey.

Argued May 22, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

76

78

80

*John P. Butt,* for appellant.

*Franklin R. Bigham,* of *Keith, Bigham & Markley,* for appellee.

PER CURIAM, June 30, 1944:
The judgment is affirmed on the able and comprehensive opinion of President Judge SHEELY of the court below.